UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YANG LIN,

               Plaintiff,

   - against -

MERRICK B. GARLAND, ET AL.,

              Defendants.

23-cv-6251 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

   The time for the plaintiff to serve the summons and complaint is extended to **November 24, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:   New York, New York
          October 25, 2023

                                      John G. Koeltl
                               United States District Judge