UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YANG LIN,

                Plaintiff(s)

        -against-

MERRICK GARLAND,

                Defendant(s).
-----------------------------------------------------------X

23 civ 6251 (JGK)

## ORDER

A October 25, 2023 order haven been entered, extending the time for the plaintiff to serve the summons and complaint to November 24, 2023,

The November 14, 2023 conference is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 1, 2023