UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YANG LIN,

                Plaintiff,

    - against -

MERRICK B. GARLAND, ET AL.,

                Defendants.

23-cv-6251 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint, on July 19, 2023, to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). After that deadline elapsed without any service on the defendants, this Court extended the time for the plaintiff to serve the summons and complaint to November 24, 2023. ECF No. 11. In that Order, the Court advised the plaintiff that failure to serve by November 24, 2023, would result in dismissal without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

    To date, the plaintiff has failed to serve the summons and complaint on the defendants. Accordingly, this action is **dismissed without prejudice** for failure to prosecute. The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
            November 27, 2023

                                          John G. Koeltl
                                 United States District Judge